No. 629. A. N. LEECRAFT *v.* TEXAS COMPANY. Error to the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted April 30, 1923. Decided May 21, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 311; *Merriam Co.* v. *Syndicate Publishing Co.,* 237 U. S. 618, 621; (2) *Southern Ry. Co.* v. *Greene,* 216 U. S. 400; *American Smelting Co.* v. *Colorado,* 204 U. S. 103. *Mr. George F. Short* and *Mr. C. W. King* for plaintiff in error. *Mr. C. B. Ames* for defendant in error.

———

No. 919. FIRST NATIONAL BANK IN ST. LOUIS *v.* STATE OF MISSOURI AT THE INFORMATION OF JESSE W. BARRETT, ATTORNEY GENERAL. Error to the Supreme Court of the State of Missouri. Argued May 7, 1923. Order entered May 21, 1923. It is ordered that this cause be restored to the docket for reargument, at the next term, on the issue whether the State had authority to institute and maintain a proceeding to question compliance by a national bank with its charter. *Mr. Frank H. Sullivan,* with whom *Mr. James C. Jones, Mr. Wm. J. Hughes* and *Mr. Lon O. Hocker* were on the briefs, for plaintiff in error. *Mr. Merrill E. Otis* and *Mr. Harold R. Small,* with whom *Mr. Jesse W. Barrett, Mr. Wm. T. Jones, Mr. Marion C. Early, Mr. Sam Jeffries* and *Mr. Edward J. Foristel* were on the briefs, for defendant in error.